### KOHNER v. KOHN et al.

(Supreme Court, Appellate Term. June 25, 1909.)

Appeal from Municipal Court, Borough of Manhattan, Fourth District.
Action by Jennie Kohner against Nathan Kohn, impleaded with others. From a Municipal Court judgment for plaintiff, defendant Kohn appeals. Reversed, and new trial ordered.
Argued before GILDERSLEEVE, P. J., and MacLEAN and SEABURY, JJ.

Samuel S. Koenig, for appellant.
Pollak & Deutsch, for respondent.

PER CURIAM. This appeal presents the same questions for review as Schumer v. Kohn (Action No. 1) 117 N. Y. Supp. 770, excepting that the plaintiff brings this action as assignee of Rudolph Kohner to foreclose a lien for $87.01 claimed to be due for certain glazing at 432 East Fifteenth street. For the reasons stated in the opinion on reversal of the judgment in that action, this must also be reversed.

Judgment reversed, and new trial ordered, with costs to appellant to abide the event.